856 A.2d 25

IN THE MATTER OF DEBORAH A. PIERCE, AN ATTORNEY
AT LAW (ATTORNEY NO. 018901994).

September 9, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 04–095, concluding that **DEBORAH A. PIERCE**
of **VAUXHALL,** who was admitted to the bar of this State in
1994, should be reprimanded for violating *RPC* 8.1(b)(failure to
cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **DEBORAH A. PIERCE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.